UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Dianna Antol v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  10-cv-10329-DRH |
| *Regina A. Bragg v. Bayer HealthCare Pharmaceuticals Inc., et al* | No.  11-cv-11704-DRH |
| *Anne Emesibe v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  10-cv-13238-DRH |
| *Betty Gilsmer v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  10-cv-10330-DRH |
| *Nancy L. Goodness v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  11-cv-11935-DRH |
| *Lakin Johnson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  10-cv-10802-DRH |
| *Rebecca A. Lunn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  11-cv-10907-DRH |
| *Leslie Mason v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  11-cv-10462-DRH |
| *Lindsey M. Phillips v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  11-cv-12621-DRH |
| *Elizabeth Stamper v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  10-cv-10602-DRH |
| *Trisha L. St. Thomas v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  11-cv-11719-DRH |
| *Corina A. Steiner, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  12-cv-10835-DRH |

| | |
|---|---|
| *Tracey Stock v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No.  10-cv-10600-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 17, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:  /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

**Dated:**  April 24, 2014

Digitally signed by David R. Herndon
Date: 2014.04.24 15:36:56 -05'00'

**APPROVED:**
      **CHIEF JUDGE**
      **U. S. DISTRICT COURT**

2